UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WADE,

    Plaintiff,

vs                                                   Case No: 04-74346
                                                         Honorable Victoria A. Roberts

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On May 19, 2005 Magistrate Judge Scheer issued a Report and Recommendation [Doc. 13], recommending that Defendant's Motion for Summary Judgment [Doc. #12] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. #10] be DENIED. Neither party has filed objections within the ten day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED.

    **IT IS SO ORDERED**.

                                                            s/Victoria A. Roberts
                                                            Victoria A. Roberts
                                                            United States District Judge

Dated: June 14, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 14, 2005.
s/Linda Vertriest
Deputy Clerk